

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-87,607-01

### EX PARTE JUSTIN MILES SANDERS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 13F1051-102-A IN THE 102nd DISTRICT COURT
### FROM BOWIE COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of felony murder and sentenced to imprisonment for thirty years.

On May 3, 2017, an order designating issues was signed by the trial court. The habeas record has been properly forwarded to this Court by the district clerk pursuant to TEX. R. APP. P. 73.4(b)(5).[1] However, the record has been forwarded without the trial court having resolved the

---

[1] The record includes a motion for extension of time that was filed with the district clerk and signed by the trial court on October 24, 2015. However, this motion was not filed with this

designated issues in this case. We remand this application to the 102nd District Court of Bowie County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: November 22, 2017
Do not publish

---

Court pursuant to TEX. R. APP. P. 73.5.